IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES<br>INSURANCE CO. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION NO.: 1:06-cv-00449 JJF |
| v. | )<br>)<br>) | |
| JOHN P. RANDO | )<br>) | |
| Defendant. | ) | |

### AFFIDAVIT OF NICHOLAS E. SKILES

STATE OF DELAWARE         :
                          : SS.
UNITED STATES DISTRICT COURT:

BE IT SO REMEMBERED, that on this 11th day of September, 2006, personally appeared before me, the Subscriber, a Notary Public for the State of and Delaware,

1. That he is the attorney for the Plaintiff in the above entitled action.

2. That on August 9, 2006 he caused to be mailed a registered notice to Defendant, John P. Rando.

3. That upon mailing said registered notice, he received a receipt which is attached hereto and made a part hereof.

4. That said registered letter provided notice to John P. Rando, that the original process and complaint in the above entitled case have been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del. C. §3104, such service is effectual as it had been made upon him personally in the State of Delaware.

5. That on August 19, 2006, service was made on Defendant, John P. Rando, by leaving said registered letter with Gail B. Rando. The return receipt is attached hereto and made part thereof.

SWARTZ CAMPBELL LLC

　/s/　Nicholas E. Skiles
Nicholas E. Skiles (DE ID# 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899-0330
(302) 656-5935
*Attorney for Plaintiff*

Sworn to and subscribed before me the date and year aforesaid.

_____
Notary Public

SWARTZ CAMPBELL LLC

_____
Nicholas E. Skiles (DE ID# 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899-0330
(302) 656-5935
*Attorney for Plaintiff*

Sworn to and subscribed before me the date and year aforesaid.

_____
Notary Public

**Registered No.** RA 614 418 544 US  **Date Stamp**

| | |
|---|---|
| Reg. Fee $ 7.90 | Special Delivery $ |
| Handling Charge $ | Return Receipt $ 1.85 |
| Postage $ 2.31 | Restricted Delivery $ |
| Received by *KEM* | |

*To Be Completed By Post Office*

Postmark: RODNEY STA, AUG 9 2006, WILMINGTON DE 19801

Customer Must Declare Full Value $ — ☐ With Postal Insurance  ☑ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
Nicholas E. Stiles, Esquire
300 Delaware Ave. Ste. 1130
Wilmington, DE 19899

TO:
John P. Rando
11484 SW 139 Street
Dunnellon, FL 34432

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806**, February 1995   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John P. Rando
11484 SW 139 Street
Dunnellon, FL 34432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature] B. Rando*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Gail B Rando
C. Date of Delivery: 8-19-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 614 418 544 US

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 1:06-cv-00449 JJF |
| v. | ) ) | |
| JOHN P. RANDO | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Nicholas E. Skiles, Esquire, hereby certify that a true and correct copy of the attached Affidavit was sent to the following by U.S. Mail, postage prepaid on this 11ʰ day of September, 2006.

John P. Rando<br>
11484 SW 139 Street<br>
Dunnellon, FL 34432

**SWARTZ CAMPBELL LLC**

  /s/   Nicholas E. Skiles
Nicholas E. Skiles (DE ID# 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899-0330
(302) 656-5935
*Attorney for Plaintiff*