IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY <br><br> Plaintiffs, <br><br> v. <br><br> JOHN P. RANDO <br><br> Defendant. | § § § § § § § § § § § CIVIL ACTION NO.: 06-449 |

### ENTRY OF APPEARANCE

Please enter the appearance of Arthur M. Krawitz, Esquire and Matthew R. Fogg, Esquire on behalf of the Defendant, John P. Rando, with respect to the above-captioned matter.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

/s/ Matthew R. Fogg
_____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Defendant, John P. Rando

DATE: 9/29/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 06-449 |
| v. | § § § | |
| JOHN P. RANDO | § § | |
| Defendant. | § | |

I, Matthew R. Fogg, Esquire, hereby certify that on this 29th day of September, 2006, I have caused to be delivered by First Class Mail, two (2) copies of the attached Entry of Appearance to the following:

>Nicholas E. Skiles, Esquire
>Swartz Campbell, LLC
>P.O. Box 330
>Wilmington, DE 19899

>**DOROSHOW, PASQUALE,
>KRAWITZ & BHAYA**
>
>     /s/ Matthew R. Fogg
>By: _____
>     MATTHEW R. FOGG (#4254)
>     1202 Kirkwood Highway
>     Wilmington, Delaware 19805
>     Telephone: (302) 998-0100