IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 06-449 |
| | § § | |
| v. | § § | |
| JOHN P. RANDO | § § § | |
| Defendant. | § | |

TO: Nicholas E. Skiles, Esq.
Swartz Campbell
P.O. Box 330
Wilmington, DE 19899

PLEASE TAKE NOTICE that the attached Motion for Admission Pro Hac Vice will be presented at the convenience of the Court.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

/s/ Matthew R. Fogg
_____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Defendant

DATE: 9/29/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.: 06-449 |
| v. | § § | |
| JOHN P. RANDO | § § | |
| Defendant. | § § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of:

>Timothy S. Babiarz, Esquire
>Babiarz Law Firm, P.A.
>Oakland Hills, Ste. 205
>13940 US Hwy. 441
>The Villages, FL 32159
>(352) 205-7590

to represent Defendant, John Rando, in this action.

>DOROSHOW, PASQUALE,
>KRAWITZ & BHAYA
>
>/s/ Matthew R. Fogg
>_____
>ARTHUR M. KRAWITZ (#2440)
>MATTHEW R. FOGG (#4254)
>1202 Kirkwood Highway
>Wilmington, DE 19805
>(302) 998-0100
>Attorneys for Defendant

DATE: 9/29/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY § § § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JOHN P. RANDO § § <br> Defendant. § | C.A. NO.: 06-449 |

### CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, the Court of Appeals for the Fifth District of the State of Florida, and the United States District Court for the Middle District of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

BABIARZ LAW FIRM, P.A.

By: _____
Timothy S. Babiarz
FL Bar #0050407
Oakland Hills, Suite 205
13940 US HWY 441
The Villages, FL 32159
Telephone: (352) 205-7599
Facsimile: (352) 205-7590

DATE: 9-27-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § § | |
| Plaintiffs, | § § | C.A. NO.: 06-449 |
| v. | § § | |
| JOHN P. RANDO | § § | |
| Defendant. | § | |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006 that counsel's motion for admission pro hac vice is granted.

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 06-449 |
| v. | § § § | |
| JOHN P. RANDO | § § | |
| Defendant. | § § | |

I, Matthew R. Fogg, Esquire, hereby certify that on this 29th day of September, 2006, I have caused to be delivered by First Class Mail, two (2) copies of the attached Motion for Admission Pro Hac Vice to the following:

>Nicholas E. Skiles, Esquire
>Swartz Campbell, LLC
>P.O. Box 330
>Wilmington, DE 19899

**DOROSHOW, PASQUALE, KRAWITZ & BHAYA**

By: /s/ Matthew R. Fogg
_____
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, Delaware 19805
Telephone: (302) 998-0100