IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 06-449 |
| v. | § § § | |
| JOHN P. RANDO | § § § | |
| Defendant. | § | |

**DEFENDANT JOHN RANDO'S MOTION TO DISMISS
AND/OR MOTION TO TRANSFER**

DEFENDANT, JOHN P. RANDO, by and through the undersigned counsel, moves to dismiss and/or transfer the Declaratory Judgment Complaint filed by Plaintiff GOVERNMENT EMPLOYEES INSURANCE CO. (GEICO Insurance).

1. This case involves a Declaratory Judgment action filed by GEICO Insurance on an uninsured/underinsured motorist policy issued to Defendant JOHN P. RANDO and its application following a motor vehicle accident in Marion County Florida on August 4, 2005.

2. The Complaint should be dismissed for lack of personal jurisdiction over the Defendant and improper venue or, in the alternative, abated and transferred to the Middle District of Florida pursuant to 28 U.S.C. §1404(a).

3. In support of said Motion, the parties have agreed to submit Memorandums of Points and Authorities pursuant to Local Rule 7.1.2(b). Defendant's is attached as Exhibit "A".

WHEREFORE, Defendant, JOHN RANDO, respectfully requests that this Court dismiss the Complaint for lack of personal jurisdiction and improper venue. If dismissal is not ordered,

1

Defendant, JOHN RANDO, respectfully requests that this Court transfer and abate this case since an action is currently pending in the Middle District of Florida.

**BABIARZ LAW FIRM, P.A.**

By: /s/ Timothy A. Babiarz
_____
TIMOTHY S. BABIARZ
FL Bar #0050407
Oakland Hills, Suite 205
13940 US HWY 441
The Villages, FL 32159
 Telephone: (352) 205-7599
 Facsimile: (352) 205-7590
 Attorney for Defendant

**DOROSHOW, PASQUALE, KRAWITZ & BHAYA**

By: /s/ Matthew R. Fogg
_____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, Delaware 19805
Telephone: (302) 998-0100
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.: 06-449 |
| v. | § § | |
| JOHN P. RANDO | § § | |
| Defendant. | § § | |

I, Matthew R. Fogg, Esquire, hereby certify that on this 29th day of September, 2006, I have caused to be delivered by First Class Mail, two (2) copies of the attached Motion to Dismiss and Memorandum of Points and Authorities in support of said Motion to the following:

Nicholas E. Skiles, Esquire
Swartz Campbell, LLC
P.O. Box 330
Wilmington, DE 19899

**DOROSHOW, PASQUALE, KRAWITZ & BHAYA**

By: /s/ Matthew R. Fogg
_____
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, Delaware 19805
Telephone: (302) 998-0100