IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 06-449 |
| v. | ) ) ) | |
| JOHN P. RANDO | ) ) | |
| Defendant. | ) | |

**PLAINTIFF GOVERNMENT EMPLOYEES INSURANCE CO.'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS AND/OR MOTION TO TRANSFER**

Plaintiff, Government Employees Insurance Co., by and through the undersigned counsel, hereby request oral argument on the Motion to Dismiss or Transfer filed by Defendant John P. Rando. It is anticipated that oral argument will require thirty minutes.

Respectfully submitted,

Government Employees Insurance Company
by its attorneys

SWARTZ CAMPBELL LLC

_____
Nicholas E. Skiles, Esquire (I.D. #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Plaintiff, GEICO

Dated: October 16, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES<br>INSURANCE CO. | ) <br> ) <br> ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.:  06-449 JJF |
| | ) | |
| v. | ) <br> ) | |
| JOHN P. RANDO | ) <br> ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Nicholas E. Skiles, Esquire, hereby certify that on this 16th day of October, 2006, Plaintiff Government Employees Insurance Company's Request for Oral Argument on Defendant's Motion to Dismiss and/or Motion to Transfer was filed electronically and mailed via first class mail to:

| | |
|---|---|
| Arthur M. Krawitz, Esquire <br> Matthew M. Fogg, Esquire <br> Doroshow, Pasquale, Krawitz & Bhaya <br> 1202 Kirkwood Highway <br> Wilmington, DE 19805 | Timothy S. Babiarz, Esquire <br> Babiarz Law Firm, P.A. <br> Oakland Hills, Suite 205 <br> 13940 US Hwy. 441 <br> The Villages, FL 32159 |

                                                SWARTZ CAMPBELL LLC

                                                */s/Nicholas E. Skiles*
                                                Nicholas E. Skiles, Esquire (DE ID# 3777)
                                                300 Delaware Avenue, Suite 1130
                                                P.O. Box 330
                                                Wilmington, DE 19899-0330
                                                (302) 656-5935
                                                Attorney for Plaintiff, GEICO