IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-449-JJF |
| JOHN P. RANDO, | : | |
| Defendant. | : | |

### ORDER

At Wilmington, the 22 day of March 2007, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss And/Or Motion To Transfer (D.I. 6) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE